# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Candace Barnes, et al. v. Bayer Corporation, et al.* | No. 10-cv-11509-DRH |
| *Crystal Fancher v. Bayer Corporation, et al.* | No. 13-cv-10216-DRH |
| *Sabrina Hayouna v. Bayer Corporation, et al.* | No. 11-cv-10077-DRH |
| *Holly McKinnon, et al. v. Bayer Corporation, et al.* | No. 12-cv-10915-DRH |
| *Laura Rassier v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10954-DRH |
| *Susan Sharp v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10020-DRH |
| *Susan Tucker, et al. v. Bayer Corporation, et al.* | No. 11-cv-13176-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 1, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY: /s/*Caitlin Fischer*
**Deputy Clerk**

Date: October 1, 2014

Digitally signed by David R. Herndon
Date: 2014.10.01 11:10:52 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

2